IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PERRY GENE VANDERFORD,**

   *Plaintiff,*

v.                                                            Case No.: 4:24cv243-MW/MAF

**RICKY D. DIXON,**

   *Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. This Court agrees with the Magistrate Judge's recommendation that Plaintiff's official-capacity and individual-capacity claims against Defendant Dixon are due to be dismissed, but adds that even if Plaintiff could demonstrate that he is seeking prospective injunctive relief by way of a Court Order requiring a refund of his monies that were allegedly taken without his permission, such relief would come from an Order directed at the IRS—a non-party—and not Defendant Dixon. However, as the Magistrate Judge pointed out in its previous Order, ECF No. 6 at 3, Plaintiff has not alleged that the IRS has violated federal law or his constitutional rights. In any event, Plaintiff has not demonstrated that he is seeking prospective injunctive relief against Defendant Dixon that would likely

redress his asserted injury. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 7, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and close the file.

**SO ORDERED on August 19, 2024.**

s/Mark E. Walker
**Chief United States District Judge**
